IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:12CR27
                               )
      v.                       )
                               )
KAREN N. FAULKNER-KING,        )         ORDER
                               )
            Defendant.         )
_____)
```

After hearing before the Court on March 10, 2014,

IT IS ORDERED:

1) Defendant shall file a brief on or before April 10, 2014, concerning the enforceability of the defendant's plea agreement.

2) Plaintiff shall file a brief concerning that subject on or before April 24, 2014.

3)  A further hearing is scheduled for:

**Wednesday, May 14, 2014, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 10th day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court