IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )         8:12CR27
                             )
     v.                      )
                             )
KAREN N. FAULKNER-KING,      )          ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on the consent motion to extend response deadline (Filing No. 105). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until April 28, 2014, to file its response to defendant's brief regarding unenforceable provision in agreement for pretrial diversion.

DATED this 24th day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court